PHILLIP F. SHINN, SBN 112051
ANN J. LEE, SBN 236501
THORNTON, TAYLOR, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA 94111-1723
(415) 421-8890

ATTORNEYS FOR PLAINTIFF
EUN JUNG AN

IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EUN JUNG AN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONG HO KANG, BYUNG JOO YU, individually and dba KOREANA PLAZA, KOREANA PLAZA, PUSAN MARKET, INC. and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: C 04 5300 MMC ARB<br>ECF Program<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER**<br><br>Complaint Filed: 14 December 2004 |

Pursuant to Civil Local Rule 26-2 of the United States District Court in the Northern District of California, Plaintiff EUN JUNG AN and defendants DONG HO KANG, BYUNG JOO YU, individually and dba KOREANA PLAZA and PUSAN MARKET stipulate, through their respective counsel and due to scheduling conflicts throughout the month of October of 2005, to extend the discovery cut-off thirty (30) days from October 21, 2005 to November 20, 2005 for the sole purpose of completing the deposition of defendant DONG HO KANG.

DATED: 9/22/05　　　　　　　　THORNTON, TAYLOR, BECKER & SHINN
　　　　　　　　　　　　　　　　PHILLIP F. SHINN
　　　　　　　　　　　　　　　　ANN J. LEE
　　　　　　　　　　　　　　　　Attorneys for PLAINTIFF EUN JUNG AN

　　　　　　　　　　　　　　　　By: Ann J. Lee

1

DATED: 9/23/05         MACNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER LLP

*[signature]*

LISA R. ROBERTS
Attorneys for DEFENDANTS KOREANA PLAZA, PUSAN PLAZA, and BYUNG JOO YU

DATED: _____         BURESH, KAPLAN, JANG & FELLER

FRED FELLER
Attorneys for DEFENDANT DONG HO KANG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT

Thornton, Taylor, Becker & Shinn
731 Sansome Street, Suite 300
San Francisco, CA 94111-1723
(415) 421-8550 - Facsimile (415) 421-3638

C 04 5300 MMC ARB

2

Stipulation Re: Continuing Deposition of Kang

DATED: _____ MACNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER LLP

_____
LISA R. ROBERTS
Attorneys for DEFENDANTS KOREANA PLAZA, PUSAN PLAZA, and BYUNG JOO YU

DATED: 9/27/05    BURESH, KAPLAN, JANG & FELLER

_____
FRED FELLER
Attorneys for DEFENDANT DONG HO KANG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: September 28, 2005

_____
HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT COURT

2

C 04 5300 MMC ARB                                       Stipulation Re: Continuing Deposition of Kang