United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUN JUNG AN, | No. C-04-5300 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| DONG HO KANG, et al., | |
| Defendants / | |

In light of scheduling conflicts, the reference to Magistrate Judge Bernard Zimmerman is hereby withdrawn, and the above-titled matter is hereby referred to Magistrate Judge Joseph Spero for purposes of conducting a settlement conference.

**IT IS SO ORDERED.**

Dated: February 21, 2006

MAXINE M. CHESNEY
United States District Judge