UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUN JUNG AN, | No. C-04-5300 MMC (JCS) |
| Plaintiff(s), | **ORDER DENYING DEFENDANT KANG'S REQUESTS TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE OR FOR A CONTINUANCE** |
| v. | |
| DONG HO KANG, ET AL., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court is in receipt of correspondence from Defendant Kang's counsel (Docket No. 35) requesting that either (1) Defendant Kang be excused from personally attending the March 13, 2006 Settlement Conference before the undersigned, or (2) that the Settlement Conference be rescheduled to a later date. The Court is also in receipt of correspondence from Plaintiff's counsel (Docket No. 36) objecting to both parts of Defendant's request.

After considering the above-referenced correspondence and speaking with counsel, the Court hereby DENIES both of Defendant's requests. The Settlement Conference shall go forward on March 13, 2006, at 9:30 a.m., and all parties must attend *in person* with their counsel.

The Court takes this opportunity to remind counsel that if their clients will require the services of an interpreter at the Settlement Conference, the parties are responsible for retaining, and paying for, such services.

IT IS SO ORDERED.

Dated: March 7, 2006

JOSEPH C. SPERO
United States Magistrate Judge