IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUN JUNG AN,<br><br>    Plaintiff,<br><br>  v.<br><br>DONG HO KANG, et al.,<br><br>    Defendants              / | No. C-04-5300 MMC<br><br>**ORDER DIRECTING PARTIES TO APPEAR ON MARCH 13, 2006** |

    The Court is in receipt of the parties' Joint Pretrial Statement, in which the parties include, <u>inter alia</u>, "Proposed Pretrial Deadlines," all of which fall on the date of the Pretrial Conference or a date thereafter, and, consequently, do not allow for a meaningful Pretrial Conference.

    Accordingly, counsel and the parties are hereby ORDERED to appear before the Court on Monday, March 13, 2006, at 9:00 a.m., at which time a pretrial schedule will be set.

    **IT IS SO ORDERED.**

Dated: March 10, 2006

                                              MAXINE M. CHESNEY<br>                                              United States District Judge